UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH S. SYLVESTER and LISA A. SYLVESTER,<br><br>                Plaintiffs,<br>   v.<br>MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION,<br><br>                Defendant,<br>   v.<br>BANNER BANK,<br><br>                Garnishee. | Case No. MC20-0107RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Banner Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Continuing Garnishment (Dkt. # 1-4) submitted by plaintiffs' counsel on November 20, 2020.

Dated this 24th day of November, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT